IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-cv-505 |
| | ) | |
| PRADEEP SRIVASTAVA | ) | |
| 9912 Hall Road | ) | |
| Potomac, MD 20854 | ) | |
| (Montgomery County) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

Plaintiff UNITED STATES OF AMERICA brings this action at the request and with the authorization of the Chief Counsel of the Internal Revenue Service (IRS), a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States to obtain a judgment under 26 U.S.C. §§ 7401 and 7402 against Defendant PRADEEP SRIVASTAVA for an unpaid federal income tax assessment for tax year 1999.

### JURISDICTION AND VENUE

1. This Court has jurisdiction over this action under 28 U.S.C. §§ 1340, 1345 and 26 U.S.C. §§ 7402(a).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and 1396 because Pradeep Srivastava resides in Montgomery, Maryland.

## PARTIES

3. Plaintiff is the United States of America.

4. Defendant Pradeep Srivastava is a citizen of the United States of America, and the liabilities described below accrued while he was a resident of Maryland within this Court's jurisdiction.

## COUNT I

### REDUCE TO JUDGMENT INCOME TAX ASSESSMENT AGAINST PRADEEP SRIVASTAVA

5. A delegate of the Secretary of the Treasury assessed an income tax liability against Pradeep Srivastava for tax year 1999 on April 21, 2014 in the amount of $15,840,565.00. As of January 19, 2026, the amount due on that assessment plus related penalty assessments, including interest and other statutory accruals, is $101,269,237.04.

6. A delegate of the Secretary of the Treasury gave Srivastava notice of the assessments and made a demand for payment.

7. Statutory additions, interest, and costs have been assessed, are accruing, and will continue to accrue on the assessments until the balance is paid in full.

8. Despite notice and demand for payment, Srivastava has neglected or refused to fully pay the assessments in Paragraph 5.

9. The statute of limitations under 26 U.S.C. § 6502 has been tolled in this case by a total 659 days. Specifically, a pending offer-in-compromise tolled the statute by 356 days; activities related to a collection due process hearing request tolled the statute 237 days; an installment agreement that was pending with the

Secretary of the Treasury tolled the statute 36 days; and a defaulted installment agreement tolled the statute for 30 days.

10. As of January 19, 2026, the balance of the unpaid liabilities described in Paragraph 5 is **$101,269,237.04**, with interest that has accrued since then and will continue to accrue according to law until the balance is paid in full.

WHEREFORE, the United States of America respectfully requests that this Court adjudge and decree:

A. That judgment be entered against Defendant Pradeep Srivastava in favor of the United States for federal income tax liabilities for tax year 2019 in the amount of **$101,269,237.04** as of January 19, 2026, plus interest that has accrued since then and will continue to accrue as provided by law until it is paid in full; and

B. That the United States shall recover its costs in this action and be awarded such other and further relief as this Court deems just and proper.

DATED: February 6, 2026

JOSHUA WU
Deputy Assistant Attorney
General, Tax Litigation Branch

*s/Joycelyn S. Peyton*
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 227, Washington, D.C. 20044
Telephone: (202) 514-6576
Joycelyn.S.Peyton@usdoj.gov
*Counsel for United States of America*